IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

01 APR -2 AM 10: 10

U.S. DISTRICT COURT
N.D. OF ALABAMA

DONALD STEVEN SHORT,                    )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )       CV 00-H-3208-S
                                        )
CAPTAIN BEN KING, OFFICER               )
BARBARA DIAL, OFFICER COLEMAN,          )
and SERGEANT STOUDEMIRE,                )
                                        )
            Defendants.                 )

**ENTERED**

**APR - 2 2001**

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 31, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). On February 21, 2001, plaintiff was granted a twenty day extension of time in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 2 day of ___April___, 2001.

UNITED STATES DISTRICT JUDGE